# FILED

03/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0200

## IN THE SUPREME COURT FOR THE STATE OF MONTANA

### No. DA 21-0200

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

TIMOTHY GALE MUNYAN,

     Defendant and Appellant.

## ORDER

Upon consideration of the Motion to Withdraw as Counsel of Record, and with good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant and Appellant in this matter, Timothy Gale Munyan, shall file a response to this motion within thirty (30) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender's Office.

IT IS FURTHER ORDERED that the Clerk of this Court shall give notice of this Order by mail to all counsel of record and to Defendant and Appellant Timothy Gale Muyan. at that person's last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 14 2022